**FILED**

SEP 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

MATEO RODRIGUEZ-PARDO,

    Petitioner,

v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 24-6877

Agency No.
A220-284-712

ORDER

---

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

Petitioner seeks review of the Board of Immigration Appeals' ("BIA") July 1, 2024, order. Because the BIA vacated that order, petitioner has not identified a final order of removal that we have jurisdiction to review. *See* 8 U.S.C. § 1252(a)(1); *Lopez-Ruiz v. Ashcroft*, 298 F.3d 886, 887 (9th Cir. 2002) ("This court only reviews final orders of removal.").

The motion (Docket Entry No. 12) for summary disposition, treated as a motion to dismiss, is granted.

As to Case No. 24-6877, the motion for a stay of stay removal is denied. The temporary stay of removal is lifted.

Case No. 25-5049, challenging the BIA's July 21, 2025, order remains pending. No stay of removal is in effect in that case.

**PETITION FOR REVIEW DISMISSED.**