| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 17 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MATEO RODRIGUEZ-PARDO,

    Petitioner,

  v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 24-6877

Agency No. A220-284-712

MANDATE

The judgment of this Court, entered September 24, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT